UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BETTY MYRICK, | |
| Plaintiff, | |
| v. | C.A. NO. 3:03CV0264 (GLG) |
| CURTIS PACKAGING CORP., | |
| Defendant. | October 17, 2003 |

FILED
Oct 28  2 50 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

## MOTION TO WITHDRAW APPEARANCE OF DAVID P. POWILATIS

Pursuant to Local Rule 7(e), the undersigned attorney respectfully moves for the withdrawal of his appearance as attorney for the defendant Curtis Packaging Corporation in this case because he has accepted in-house position and will no longer be working for the law firm of Jackson Lewis LLP. Counsel has sent notice of this motion via certified mail (attached as Exhibit A) to the defendant Curtis Packaging Corporation. Jackson Lewis attorney Conrad S. Kee has already entered an appearance on behalf of the defendant.

Respectfully submitted,
DEFENDANT,
CURTIS PACKAGING CORPORATION,

By: _____
David P. Powilatis (CT 21766)
powilatd@jacksonlewis.com
Conrad S. Kee (CT 16904)
keec@jacksonlewis.com
JACKSON LEWIS LLP
177 Broad Street, P.O. Box 251
Stamford, CT 06904-0251
Ph.: (203) 961-0404
Fax: (203) 324-4704

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing has been served, via first class mail, postage prepaid, on this 17th day of October, 2003, to counsel of record below:

Mary E. Kelly
Thomas W. Meiklejohn
Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105-2922

David P. Powilatis

Conrad S. Ko

2

Case 3:03-cv-00264-AWT    Document 14    Filed 10/28/2003    Page 2 of 4

Case 3:03-cv-00264-AWT    Document 14    Filed 10/28/2003    Page 3 of 4



Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis LLP
177 Broad Street
P.O. Box 251
Stamford, CT 06904-0251
Tel 203 961-0404
Fax 203 324-4704
www.jacksonlewis.com

ATLANTA, GA
BOSTON, MA
CHICAGO, IL
DALLAS, TX
GREENVILLE, SC
HARTFORD, CT
LONG ISLAND, NY

LOS ANGELES, CA
MIAMI, FL
MINNEAPOLIS, MN
MORRISTOWN, NJ
NEW YORK, NY
ORLANDO, FL
PITTSBURGH, PA

SACRAMENTO, CA
SAN FRANCISCO, CA
SEATTLE, WA
STAMFORD, CT
WASHINGTON, DC REGION
WHITE PLAINS, NY

October 17, 2003

**VIA CERTIFIED MAIL**
<u>**(Return Receipt No. 7003 0500 0002 2922 3960)**</u>

Donald Droppo, President
Curtis Corporation
44 Berkshire Road
Sandy Hook, Connecticut  06482

          Re:    Betty Myrick v. Curtis Packaging
                  Civ. Action No: 3:03CV0264 (GLG)

Dear Mr. Droppo:

      As you discussed with Shawn Kee, I am leaving Jackson Lewis because I have accepted an in-house labor relations position. Accordingly, I must withdraw my appearance as attorney for Curtis Packaging in the above-referenced matter. Enclosed please find a copy of the Motion to withdraw my appearance.

      Jackson Lewis LLP and attorney Conrad S. (Shawn) Kee will continue to represent Curtis Packaging in this matter. If you have any questions, please contact Shawn at (203) 961-0404.

      Thank you for your attention to this matter.

                                  Sincerely,

                                  JACKSON LEWIS LLP

                                  David P. Powilatis

DPP/rp
Enclosure

cc:    Conrad S. Kee, Esq.

Jackson Lewis LLP
177 Broad Street
P.O. Box 251
Stamford, CT 06904-0251
Tel 203 961-0404
Fax 203 324-4704
www.jacksonlewis.com

ATLANTA, GA
BOSTON, MA
CHICAGO, IL
DALLAS, TX
GREENVILLE, SC
HARTFORD, CT
LONG ISLAND, NY

LOS ANGELES, CA
MIAMI, FL
MINNEAPOLIS, MN
MORRISTOWN, NJ
NEW YORK, NY
ORLANDO, FL
PITTSBURGH, PA

SACRAMENTO, CA
SAN FRANCISCO, CA
SEATTLE, WA
STAMFORD, CT
WASHINGTON, DC REGION
WHITE PLAINS, NY