UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BETTY MYRICK, | |
| Plaintiff, | |
| v. | C.A. NO. 3:03CV0264 (GLG) |
| CURTIS PACKAGING CORP., | |
| Defendant. | October 17, 2003 |

## MOTION TO WITHDRAW APPEARANCE OF DAVID P. POWILATIS

Pursuant to Local Rule 7(e), the undersigned attorney respectfully moves for the withdrawal of his appearance as attorney for the defendant Curtis Packaging Corporation in this case because he has accepted in-house position and will no longer be working for the law firm of Jackson Lewis LLP. Counsel has sent notice of this motion via certified mail (attached as Exhibit A) to the defendant Curtis Packaging Corporation. Jackson Lewis attorney Conrad S. Kee has already entered an appearance on behalf of the defendant.

Respectfully submitted,
DEFENDANT,
CURTIS PACKAGING CORPORATION,

By: _____
David P. Powilatis (CT 21766)
powilatd@jacksonlewis.com
Conrad S. Kee (CT 16904)
keec@jacksonlewis.com
JACKSON LEWIS LLP
177 Broad Street, P.O. Box 251
Stamford, CT 06904-0251
Ph.: (203) 961-0404
Fax: (203) 324-4704

10/31/03 Motion GRANTED
Gerard L. Goettel, USDJ