**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------------X
BETTY MYRICK,                       :
                                    :
        Plaintiff,                  :
                                    :   3: 03 CV 264 (GLG)
    -against-                       :        ORDER
                                    :
CURTIS PACKAGING CORP.,             :
                                    :
        Defendant.                  :
------------------------------------X
```

**REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

___    All purposes except trial, unless the parties consent to trial before the magistrate judge.

___    A ruling on all pretrial motions except dispositive motions.

___    To supervise discovery and resolve discovery disputes.

___    A ruling on the following motion which is currently pending:

_X_    Settlement conference.

___    A conference to discuss the following:

___    Other:

**SO ORDERED.**

**December 22, 2003**
**Waterbury, Connecticut.**

                                                                                   /s/
                                           **Gerard L. Goettel**
                            **United States District Judge**