UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* Amended (from 3/22/04) Settlement Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

April 12, 2004

10:00 a.m.

*Held 4 hours*

CASE NO. **3:03cv264 (GLG)**   **Myrick vs. Curtis Packaging**

Conrad S. Kee
Jackson Lewis
177 Broad St., PO Box 251
Stamford, CT 06904-0251


Mary E. Kelly
Livingston, Adler, Pulda, Meiklejohn & K
557 Prospect Ave.
Hartford, CT 06105-2922


*THE PREVIOUSLY ISSUED SETTLEMENT ORDER REMAINS IN EFFECT.

THANKS.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK