**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
-----------------------------------X
BETTY MYRICK,                      :
                                   :
       Plaintiff,             :       **ORDER**
                                   :
  -against-                       :
                                   :       **3: 03 CV 264 (GLG)**
CURTIS PACKAGING CORPORATION,      :
                                   :
       Defendant.             :
-----------------------------------X

On April 22, 2003, the parties filed their Report of the Parties' Planning Meeting and endorsed by this Court on May 9, 2003. In the Report, the parties requested discovery to be completed within four (4) months after a settlement conference was held and dispositive motions be filed within 45 days after discovery is completed. The settlement conference was held on April 12, 2004. Therefore, discovery is due August 12, 2004 and dispositive motions will be filed by September 27, 2004.

       **SO ORDERED.**

**Dated:   April 21, 2004**
         **Waterbury, CT**                    /s/
                                             Gerard L. Goettel
                                                U.S.D.J.