UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BETTY MYRICK,<br>  Plaintiff,<br><br>v.<br><br>CURTIS PACKAGING CORP.,<br>  Defendant. | CIV. NO. 3:03 CV0264 (AWT)<br><br><br>September 17, 2004 |

## STIPULATION OF DISMISSAL

Pursuant to the Federal Rules of Civil Procedure and the Local Rules for this Court, it is hereby STIPULATED AND AGREED, by and between the Parties hereto, that the above-captioned action be discontinued in its entirety, with prejudice, and with no award of attorneys' fees or costs to either side.

PLAINTIFF,                                                          DEFENDANT,

BETTY MYRICK                                              CURTIS PACKAGING CORP.

By: _____ Date: 9/11/04         By: _Conrad S Kee_ Date: 9-28-04
Mary E. Kelly                                                        Conrad S. Kee
CT 07419                                                             CT 16904
Thomas W. Meiklejohn                                       JACKSON LEWIS LLP
CT 08755                                                             177 Broad Street
LIVINGSTON, ADLER, PULDA, MEIKLEJOHN     P.O. Box 251
& KELLY, P.C.                                                    Stamford, CT  06904-0251
557 Prospect Avenue                                         (203) 961-0404
Hartford, CT 06105-2922                                   (203) 324-4704 (facsimile)
(860) 233-9821                                                   Keec@jacksonlewis.com

SO ORDERED:

Dated: September ___ 2004       _____
                                                                    J.

<u>**EXHIBIT B**</u>

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BETTY MYRICK,<br><br>Plaintiff,<br><br>v.<br><br>CURTIS PACKAGING CORP.,<br><br>Defendant. | CIV. NO. 3:03 CV0264 (AWT)<br><br><br>September<br>~~July~~ ____, 2004 |

<u>**STIPULATION OF DISMISSAL**</u>

Pursuant to the Federal Rules of Civil Procedure and the Local Rules for this Court, it is hereby STIPULATED AND AGREED, by and between the Parties hereto, that the above-captioned action be discontinued in its entirety, with prejudice, and with no award of attorneys' fees or costs to either side.

| | |
|---|---|
| PLAINTIFF,<br>BETTY MYRICK<br><br>By: _____ Date: 9/17/04<br>Mary E. Kelly<br>CT 07419<br>Thomas W. Meiklejohn<br>CT 08755<br>LIVINGSTON, ADLER, PULDA, MEIKLEJOHN<br>& KELLY, P.C.<br>557 Prospect Avenue<br>Hartford, CT 06105-2922<br>(860) 233-9821<br>(860) 232-7818 | DEFENDANT,<br>CURTIS PACKAGING CORP.<br><br>By: Conrad S Kee  Date: 9-28-04<br>Conrad S. Kee<br>CT 16904<br>JACKSON LEWIS LLP<br>177 Broad Street<br>P.O. Box 251<br>Stamford, CT 06904-0251<br>(203) 961-0404<br>(203) 324-4704 (facsimile)<br>Keec@jacksonlewis.com |

SO ORDERED:

Dated: July ___ 2004

_____
J.