UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| BETTY MYRICK,<br>      Plaintiff,<br><br>v.<br><br>CURTIS PACKAGING CORP.,<br>      Defendant. | CIV. NO. 3:03-CV0264 (AWT)<br><br>September 17, 2004 |

### STIPULATION OF DISMISSAL

Pursuant to the Federal Rules of Civil Procedure and the Local Rules for this Court, it is hereby STIPULATED AND AGREED, by and between the Parties hereto, that the above-captioned action be discontinued in its entirety, with prejudice, and with no award of attorneys' fees or costs to either side.

| PLAINTIFF, | DEFENDANT, |
|---|---|
| BETTY MYRICK | CURTIS PACKAGING CORP. |
| By: _____ Date: 9/11/04<br>Mary E. Kelly<br>CT 07419<br>Thomas W. Meiklejohn<br>CT 08755<br>LIVINGSTON, ADLER, PULDA, MEIKLEJOHN<br>& KELLY, P.C.<br>557 Prospect Avenue<br>Hartford, CT 06105-2922<br>(860) 233-9821 | By: Conrad S. Kee Date: 9-28-04<br>Conrad S. Kee<br>CT 16904<br>JACKSON LEWIS LLP<br>177 Broad Street<br>P.O. Box 251<br>Stamford, CT 06904-0251<br>(203) 961-0404<br>(203) 324-4704 (facsimile)<br>Keec@jacksonlewis.com |

SO ORDERED:

Dated: September ___ 2004

_____
J.

APPROVED and SO ORDERED.

ALVIN W. THOMPSON, U.S.D.J.
HARTFORD, CT     11/12/04